## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

JEREMY RANDOLPH MARTIN

(Enter above the full name of the plaintiff in this action)

V.

WARDEN D. K. WHITE

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

SEP - 8 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

### INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of   $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_____    42 U.S.C. §1983 (applies to state prisoners)

_X_    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

_X_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? *FCI    Fairton*

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: *Jeremy    Randolph    Martin*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JEREMY RANDOLPH MARTIN<br><br>V.<br><br>WARDEN D. K. WHITE | COMPLAINT<br>(Bivens V. Six Unknown<br>Named Agents of Fed.<br>Bureau of Narcotics,<br>403 U.S. 388; 28 USC § 1331)<br><br>Civil Action No._____ |

## JURISDICTION AND VENUE

THIS COURT has jurisdiction of the subject matter of this action pursuant to Bivens V. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971); and 28 U.S.C. § 1331 because the claim(s) asserted in it arise out of the laws of the United States. As is more fully shown below, this action asserts claims that due to the negligence of officer John Doe, Plaintiff's property was stolen and, therefore, this action arises under 28 U.S.C. §§1346(b)(1), Federal Tort Claims Act.  Venue is proper because the events giving rise to this cause of action occurred at FCI Fairton located in Fairton, New Jersey, Which is located in the District of New Jersey.

## COUNT ONE: OFFICER INDIFFERENCE

1) On or about March 13, 2020, Petitioner was moved to housing in unit A-Left at FCI Fairton.  Officer John Doe placed plaintiff with inmate James Malady.  Both the plaintiff and inmate James Malady told Officer John Doe that, due to various reasons, they could NOT be housed together.

2) Officer John Doe ignored plaintiff's and inmate James Malady's request, and placed them together as cellmates.

3) As a result of Officer John Doe's indifference, plaintiff lost $438.88 of his personal property due to inmate James Malady's th

theft of plaintiff's property.

4) On May 18, 2020, plaintiff filed an Administrative FTCA Claim with the BOP's North East Regional Director's Office.

5) The claim was denied on April 27, 2021, nearly 6 months _after_ claim was supposed to be disposed of. (Claim was supposed to be decided by November 18, 2020.)

<u>CONCLUSION AND PRAYER</u>

WHEREFORE for the reasons stated herein, Plaintiff prays this court grant him the following releif:

· An award to the plaintiff for compensatory damages in a sum no less than $438.88 to compensate him for the loss of his personal property.

· An award to the plaintiff for the cost of the suit. ($402.00)

· Any other judgement or award this court deems equitable and just.

Respectfully submitted this the ∂ℕ_d_ day of September, 20 ∂1 .

Jeremy R. Martin

<u>DECLARATION</u>

I, Jeremy Randolph Martin, Plaintiff pro se in the above captioned case, declare under penalty of perjury, that the foregoing "Complaint for Damages" is true and accurate to the best of my knowledge.

Jeremy R. Martin

09/02/21
Date

## PROOF OF SERVICE

I declare that I have served the parties shown below a copy of this "Complaint", together with all accompanying motions or papers, by placing a copy of same in the U.S. Mail, First Class Postage prepaid, and addressed as follows:

Director's Office/ FBOP
ATTN: Legal Liaison
320 First St. NW
Washington, DC 20534

U.S. Attorney
District of New Jersey
Clarkson S. Fisher Federal Building
and U.S. Courthouse
402 E. State St.
Trenton, NJ 08608

U.S. Solicitor General
Department of Justice
950 Pennsylvania Ave. NW
Room 5614
Wasington, DC 20530

_____
Jeremy R. Martin

09/02/21
Date

BP-A0941  Small Claims for Property Damage or Loss (31 U.S.C. § 3723)
MAR 18
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant (Register number, street, city, state, and zip code): |
|---|---|
| FCI Fa,Tto n AL 226 | Jeremy R. Martin Reg. No. 59219-056 FCI Fa,Tton P.O. Box 420   Fa,Tton, NJ 09320 |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| 3/13/20 - 3/22/20 Friday    Sunday | All day |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages, if necessary.):

On dates listed above, I/M (b)(6);(b)(7)(C) stole and sold for drugs all the items listed on enclosed list. SIS placed I/M (b)(6);(b)(7)(C) in SHU on 3/22/20 after he admitted to selling an item of my art supplies. (I had reported thefts and extortion attempt to a staff, sird below, prior to this)

*Due to COVID-19 procedures, I request leave to file 96.7 1976*

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness):

(b)(6);(b)(7)(C)    Psychologist @ FCI Fa,Tton
Chaplin, FCI Fa,Tton

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars)
(Sum Certain Amount - Total Amount Of Claim):

$ 433.88

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date |
|---|---|
| | |

BOP                                Prescribed by P3-358:

Detailed list of stolen property
(Items on receipts. SPO's listed as
TYPE of item(s) & SPO #)

(1) MP3 Arm band
(1) 3 ring binder
(2) microwave bowls (2 receipts)
(1) Koss R-10 Headphones
(1) Scientific Calculator
(1) Timex Iron Man watch
(1) Book Light
(1) Combination Lock
(1) Sandisk SportClip MP3 Player
(1) Polar Fleece Jacket XL
(1) Sweatpants w/Pocket XL
(1) Art supplies (SPO# 20-0059)
(1) Olive Oil
(1) radio Diamond Antica
(1) Thermal Bottom Grey XL
(2) Thermal Tops Grey XL
(1) Tweezers
(3) oils; scented
(1) composition note book
(1) religious necklace (SPO# 20-0121)
(1) leather Bible cover (SPO# 19-0168)

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. S9214056    (b)(6); (b)(7)(C)
MARTIN, JEREMY RANDOLPH
10/09/2018 Time 07:05:27    TX ID 5412508
                            Receipt # 23

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $280.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | AIM MOUTHWASH | $2.35 |
| 2 | ASSORTED LEMONADE HARD CANDY | $2.60 |
| 3 | CAPPUCCINO FRENCH VANILLA | $5.85 |
| 1 | CEREAL BOWL | $0.95 |
| 3 | COLUMBIAN COFFEE | $9.75 |
| 1 | COPY PAPER | $5.15 |
| 1 | DR PEPPER 12PK | $6.45 |
| 1 | DRYER SHEETS | $1.95 |
| 1 | DUNHILL | $4.25 |
| 0 | FANTA ORANGE 12 PACK | $0.00 |
| 4 | FOLGERS TRADITONAL | $13.80 |
| 3 | FRUITY DYNO BITES | $9.30 |
| 2 | HAWAIIN PUNCH POLAR BLAST | $2.60 |
| 1 | JOLLY RANCHERS | $1.40 |
| X | KOSSR/10 HEADPHONES X | $36.40 |
| 2 | L/D PUMPKIN SPICE ROLLS | $4.10 |
| 1 | LAUNDRY BAG | $4.50 |
| 1 | LAUNDRY CARD | $10.05 |
| 1 | LYSOL SANITIZING WIPE WATERFAL | $4.00 |
| 0 | MACH 3 BLADES | $0.00 |
| 1 | MACH 3 RAZOR | $9.20 |
| 1 | MAGIC SHAVE W/SHEA | $4.25 |
| 1 | MP3 ARMBAND HOLDER | $7.75 |
| 1 | NAPROXEN | $3.95 |
| 9 | NISSAN BEEF LOW SODIUM | $2.25 |
| 3 | PHOTO TICKET | $3.00 |
| 1 | PONY TAIL HOLDERS 18CT | $1.20 |
| 20 | RAMEN CHICKEN NOODLE SOUP | $5.00 |
| 10 | RAMEN CHILLI FLAVOR | $2.50 |
| 9 | RAMEN SPICY VEGETABLE SOUP | $2.25 |
| 1 | SALINE NASAL SPRAY | $2.50 |
| 1 | SEWING KIT | $1.95 |
| 5 | SUGAR FREE BUTTERSCOTCH CANDY | $7.25 |

)cA 1 C r a M (c r e h e a r r h r l)

| 2 | SUGAR SUBSTITUTE 100CT | $3.10 |
|---|---|---|
| 1 | SUNGLASSES (COPPERHEAD) | $4.95 |
| 1 | SWINTEC RIBBON 1045 | $7.85 |
| 1 | TEA BAG 48 COUNT | $1.40 |
| 1 | VANILLA WAFERS | $1.30 |
| 1 | XTRA SURE SHOT LAUNDRY | $5.35 |
| | # ITEMS SOLD: 100 | |
| | CHARGE 59214056 | $202.45 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $77.55

Fingerprint Verified

Signature

COUPON

SALES INVOICE   ··S.B.U.··
FAIRTON FCI
MAIN
ACCOUNT No. 59214056     (b)(6), (b)(7)(C)
MARTIN, JEREMY RANDOLPH
11/29/2018 Time 11:33:23    TX ID 5447217

Receipt # 40

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $295.00

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | 3 PIECE CUTLERY SET | $1.70 |
| 1 | 3 RING BINDER | $3.95 |
| 1 | AIM MOUTHWASH | $2.35 |
| 1 | AJAX DISHWASHING SOAP | $1.35 |
| 1 | ASSORTED LEMONADE HARD CANDY | $1.30 |
| 1 | BOOK / FOREVER STAMPS | $10.00 |
| 1 | BOOK LIGHT, MIGHTY BRIGHT | $12.95 |
| 2 | CAPPUCCINO CRUNCH CONES | $3.50 |
| 1 | COMPOSITION NOTEBOOK | $1.70 |
| 1 | COPY CARD | $6.50 |
| 1 | DAILY VITAMIN W/IRON | $4.15 |
| 1 | DEGREE EXTREME BLAST | $2.60 |
| 1 | DOVE MEN'S BODY WASH | $4.95 |
| 4 | DR PEPPER 12PK | $25.80 |
| 1 | DRYER SHEETS | $1.95 |
| 1 | DUNHILL | $4.25 |
| 1 | ELEMENTZ EUCALYPTUS SHAMPOO | $1.65 |
| 1 | ELEMENTZ STYLING GEL | $3.20 |
| 1 | ENEVELOPE 9.5X12.5 (LEGAL) | $0.20 |
| 10 | FOLGERS TRADITONAL | $34.50 |
| 5 | FRENCH VANILLA CREAMER | $6.00 |
| 1 | FROSTED FLAKES | $2.60 |
| 2 | FRUIT AND CREAM OATMEAL | $5.20 |
| 2 | FRUITY DYNO BITES | $6.20 |
| 1 | GRAY KNIT SCARF | $6.95 |
| 3 | GREETING CARDS | $1.80 |
| 5 | HAWAIIN PUNCH GRAPE | $6.50 |
| 5 | HAWAIIN PUNCH LEMON LIME | $6.50 |
| 10 | HAWAIIN PUNCH POLAR BLAST | $13.00 |
| 2 | HB HOT SUMMER SAUSAGE | $3.90 |
| 2 | HB TURKEY SUMMER SAUSAGE | $3.90 |
| 2 | HERITAGE DETERGENT W/BLEACH | $3.20 |

| 1   | HONEY FRESH START               | $3.00   |
|-----|---------------------------------|---------|
| 1   | LAUNDRY CARD                    | $10.05  |
| 1   | LYSOL SANITIZING WIPE WATERFAL  | $4.00   |
| 1   | MENNEN SPORT TALC               | $1.35   |
| 1   | MICROWAVE BOWL                  | $4.30   |
| 1   | NAPROXEN                        | $3.95   |
| 1   | POWDERED MILK                   | $4.30   |
| 13  | RAMEN CHICKEN NOODLE SOUP       | $3.25   |
| 2   | SOUR CREAM/ONION CHIPS          | $2.30   |
| 2   | SUNDRIED TOMATO WRAPS           | $4.70   |
| 1   | SUNGLASSES (COPPERHEAD)         | $4.95   |
| 1   | SWEET AND HOT SAUCE             | $1.80   |
| 1   | SWINTEC RIBBON 1045             | $7.85   |
| 1   | THERMAL TOP GREY XL             | $9.10   |
| 1   | VO5 CONDITIONER                 | $1.90   |
|     | # ITEMS SOLD: 102               |         |
|     | CHARGE 59214056                 | $261.10 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $33.90

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056
MARTIN, JEREMY RANDOLPH
05/29/2019 Time 06:49:14    TX ID 5582816
                            Receipt# 12

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $266.61

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 4 | ASSORTED LEMONADE HARD CANDY | $5.20 |
| 1 | BLACK SHOE LACES 54IN | $1.65 |
| 1 | BOOK / FOREVER STAMPS | $11.00 |
| 2 | CHICKEN OF THE SEA SMOKED CLAM | $2.50 |
| 1 | CLEAR TUNES CT-81 RADIO | $21.95 |
| 3 | COLUMBIAN COFFEE | $9.75 |
| 1 | DAILY VITAMIN W/IRON | $4.20 |
| 1 | DEGREE EXTREME BLAST | $7.60 |
| 1 | DOVE MEN CARE BODYWASH | $4.95 |
| 4 | DR PEPPER 12PK | $26.40 |
| 10 | FOLGERS TRADITONAL | $34.50 |
| 2 | FRESH CATCH MACK 3.5OZ | $1.90 |
| 5 | HAWAIIN PUNCH POLAR BLAST | $6.50 |
| 1 | KOSS R/10 HEADPHONES | $36.40 |
| 1 | LAUNDRY CARD | $10.05 |
| 1 | MAYONNAISE | $2.60 |
| 1 | MINCED GARLIC | $1.25 |
| 1 | NAPROXEN | $3.95 |
| 1 | PONY TAIL HOLDERS 18CT | $1.20 |
| 3 | POWERCELL AAA BATTERIES | $3.00 |
| 1 | SCIENTIFIC CALCULATOR | $17.45 |
| 1 | SEWING KIT | $1.95 |
| 1 | SPORT QT BOTTLE | $3.90 |
| 1 | STRAWBERRY ICE CREAM | $2.65 |
| 1 | TIMEX IRONMAN ESSENTIAL | $39.00 |
| 1 | UNSALTED CRACKER | $2.25 |
| 2 | V8 JUICE | $2.80 |
| 1 | YSL LA NUIT DE L' HOMME | $4.25 |
| | # ITEMS SOLD: 54 | |
| | CHARGE 59214056 | $265.80 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $0.81

            Fingerprint Verified

SALES INVOICE    - S.B.U -
FAIRTON FCI
MAIN
ACCOUNT No. 59214056.    (b)(6); (b)(7)(C)
MARTIN, JEREMY RANDOLPH
06/24/2019 Time 06:47:54    TX ID.5601748
                            Receipt# 10

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $81.85

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | BLACK SHOE LACES 54IN | $1.65 |
| 1 | BOOK LIGHT, MIGHTY BRIGHT | $12.95 |
| 4 | HONEY GRAHAM SQUARES | $11.20 |
| 1 | M5 MAGNUM RAZOR BLADES | $7.65 |
| 4 | POWERCELL AAA BATTERIES | $4.00 |
| 10 | RAMEN CHICKEN NOODLE SOUP | $2.50 |
| | # ITEMS SOLD: 21 | |
| | CHARGE 59214056 | $39.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $41.90

Fingerprint Verified

Signature

SALES INVOICE    - S.B.U. -
FAIRTON FCI
MAIN
ACCOUNT No. 59214056

(b)(6), (b)(7)(C)

MARTIN, JEREMY RANDOLPH
08/26/2019 Time 06:41:29    TX ID 5646475
Receipt # 9

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $299.15

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | ADIDAS INFILTRATE BASKETBALL | $49.95 |
| 2 | BARQS ROOTBEER | $13.20 |
| 1 | BOOK / FOREVER STAMPS | $11.00 |
| 1 | COMBINATION LOCKS | $6.25 |
| 1 | CORRECTION TAPE YELLOW | $1.85 |
| 1 | DAILY VITAMIN W/IRON | $4.20 |
| 1 | DISHWASHING LIQUID | $1.50 |
| 2 | DOVE MEN CARE BODYWASH | $9.90 |
| 2 | DR PEPPER 12PK | $13.20 |
| 10 | FOLGERS TRADITONAL | $34.50 |
| 5 | FRENCH VANILLA CREAMER | $6.00 |
| 4 | HONEY GRAHAM SQUARES | $11.20 |
| 1 | LAUNDRY CARD | $10.05 |
| 1 | LYSOL SANITIZING WIPE WATERFAL | $4.00 |
| 1 | M5 MAGNUM RAZOR BLADES | $7.65 |
| 2 | PANTENE SHAMPOO | $13.20 |
| 4 | POWERCELL AAA BATTERIES | $4.00 |
| 1 | SANDISK CLIP SPORT | $88.40 |
| 1 | SWINTEC RIBBON 104S | $7.85 |
| | # ITEMS SOLD: 42 | |
| | CHARGE 59214056 | $297.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $1.25

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056    (b)(6); (b)(7)(C)
MARTIN, JEREMY RANDOLPH
11/04/2019 Time 06:58:16    TX ID 5693497
Receipt# 16
_____
BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $298.55
_____

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | BOOK / FOREVER STAMPS | $11.00 |
| 1 | CORRECTION TAPE YELLOW | $1.85 |
| 1 | GREETING CARDS | $0.60 |
| 1 | LAUNDRY BAG | $4.50 |
| 1 | LAUNDRY CARD | $10.05 |
| 1 | POLAR FLEECE JACKET XL | $26.00 |
| 1 | SWEATPANTS W/P XL | $18.50 |
| 1 | XTRA SURE SHOT LAUNDRY | $5.35 |
| | # ITEMS SOLD: 8 | |
| | CHARGE 59214056 | $77.85 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $220.70
_____
Fingerprint Verified
_____
Signature

SALES INVOICE   --S,B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056
MARTIN, JEREMY RANDOLPH

(b)(6); (b)(7)(C)

12/09/2019 Time 06:52:13    TX ID 5/22262
                             Receipt # 19

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $58.76

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 3 | RAMEN CHICKEN NOODLE SOUP | $0.75 |
| 1 | SPO 20-0059 $58.00 | $57.85 |
| | # ITEMS SOLD: 4 | |
| | CHARGE 59214056 | $58.60 |

— AM Soffiles

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $0.16

                Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056

MARTIN, JEREMY RANDOLPH
12/30/2019 Time 06:49:43    TX ID 5736786
Receipt # 19

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $313.09

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | BOOK / FOREVER STAMPS | $11.00 |
| 1 | DOVE MEN CARE BODYWASH | $4.95 |
| 4 | DR PEPPER 12PK | $27.00 |
| 1 | DRYER SHEETS | $1.95 |
| 1 | ENVELOPES (WHITE) | $1.40 |
| 10 | FOLGERS TRADITONAL | $34.50 |
| 10 | HAWAIIN PUNCH POLAR BLAST | $13.00 |
| 9 | HONEY GRAHAM SQUARES | $25.20 |
| 1 | M5 MAGNUM RAZOR BLADES | $7.65 |
| 1 | MICROWAVE BOWL | $4.30 |
| 1 | OLIVE OIL | $4.95 |
| 1 | PANTENE SHAMP/COND. | $6.60 |
| 4 | POWERCELL AAA BATTERIES | $4.00 |
| 1 | RADIO DIAMOND ANALOG | $19.95 |
| 1 | SEWING KIT | $1.95 |
| 1 | THERMAL BOT. GREY XL | $9.10 |
| 2 | THERMAL TOP GREY XL | $20.30 |
| 1 | TWEEZERS | $1.15 |
| | # ITEMS SOLD: 51 | |
| | CHARGE 59214056 | $198.95 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $114.14

_____
J            Fingerprint Verified
Signature

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056
MARTIN, JEREMY RANDOLPH
01/27/2020 Time 06:39:46    TX ID 5757216
                            Receipt # 14

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $247.72

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | A&F FIERCE | $4.25 |
| 1 | BIC BLACK PEN | $0.20 |
| 1 | BOOK / FOREVER STAMPS | $11.00 |
| 5 | CAPPUCCINO FRENCH VANILLA | $9.75 |
| 10 | COCOA W/MARSHMALLOW | $16.00 |
| 1 | DAILY VITAMIN W/IRON | $4.20 |
| 1 | DULCE DE LECHE ICE CREAM | $2.65 |
| 1 | EMERY BOARD | $0.90 |
| 10 | FOLGERS TRADITONAL | $34.50 |
| 1 | HALAL BEEF SAUSAGE | $2.20 |
| 10 | HERSHEY MILK CHOCOLATE W/ALMON | $8.50 |
| 1 | HOMETOWN CREAMY P/B | $2.40 |
| 1 | HONEY FRESH START | $3.00 |
| 10 | HONEY GRAHAM SQUARES | $28.00 |
| 1 | LAUNDRY CARD | $10.05 |
| 10 | MAC & CHEESE | $10.50 |
| 1 | NAPROXEN | $3.95 |
| 4 | POWERCELL AAA BATTERIES | $4.00 |
| 50 | RAMEN CHICKEN NOODLE SOUP | $12.50 |
| 2 | RUN WILD | $8.50 |
| 1 | SWINTEC RIBBON 1045 | $7.85 |
| | # ITEMS SOLD: 123 | |
| | CHARGE 59214056 | $184.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $62.82

Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056    (b)(6); (b)(7)(C)
MARTIN, JEREMY RANDOLPH
02/19/2020 Time 07:19.36    TX ID 5773757
                            Receipt# 41

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $60.92

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 5 | ASSORTED LEMONADE HARD CANDY | $6.50 |
| 1 | COMPOSITION NOTEBOOK | $1.70 |
| 1 | DISHWASHING LIQUID | $1.50 |
| 1 | LAUNDRY CARD | $10.05 |
| 1 | LYSOL SANITIZING WIPE WATERFAL | $4.00 |
| 2 | NAPROXEN | $7.90 |
| 3 | WHEAT THINS | $7.80 |
| | # ITEMS SOLD: 14 | |
| | CHARGE 59214056 | $39.45 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $21.47

            Fingerprint Verified

Signature

SALES INVOICE    --S.B.U.--
FAIRTON FCI
MAIN
ACCOUNT No. 59214056
MARTIN, JEREMY RANDOLPH
03/12/2020 Time 07:40:00    TX ID 5790927
                            Receipt# 21

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $14.92

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | SPO 20-0121 $14.90 20-0121 | $14.90 |
|   | # ITEMS SOLD: 1 |  |
|   | CHARGE 59214056 | $14.90 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $0.02

                Fingerprint Verified

Signature

SALES INVOICE    ··S.B.U.··
FAIRTON FCI
MAIN
ACCOUNT No. 59214056    (b)(6), (b)(7)(C)
MARTIN, JEREMY RANDOLPH
04/02/2019 Time 07:04:00    TX ID 5540435
                            Receipt # 19

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $81.43

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | 9' PERFORMANCE SHORT W/PO.XL | $18.20 |
| 1 | CAPPUCCINO FRENCH VANILLA | $1.95 |
| 1 | DOVE MEN CARE BODYWASH | $4.95 |
| 1 | DOVE MENS BAR DEEP CLEAN | $3.30 |
| 1 | FOLGERS TRADITONAL | $3.45 |
| 6 | FRESH CATCH MACK 3 5OZ | $5.70 |
| 1 | GREETING CARDS | $0.60 |
| 1 | IVORY SOAP 3/PACK | $1.85 |
| 1 | LEVER 2000 4OZ | $1.30 |
| 1 | PANTENE SHAMP/COND. | $6.60 |
| 3 | RAMEN CHICKEN NOODLE SOUP | $0.75 |
| 1 | SPO 19-0168 $30.98 | $30.98 |
| 1 | TEA BAG 48 COUNT | $1.40 |
| | # ITEMS SOLD: 20 | |
| | CHARGE 59214056 | $81.03 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $0.40

Fingerprint Verified
Signature