## UNITED STATES DISTRICT COURT
### District of New Jersey

| | |
|---|---|
| JEREMY RANDOLPH MARTIN <br><br> V. <br><br> UNITED STATES OF AMERICA; <br> OFFICER JOHN DOE; <br> WARDEN D.K. WHITE; <br> WARDEN S. MERENDINO <br> (In their personal and <br> official capacities) | PLAINTIFF'S SECOND AMENDED COMPLAINT <br> (Bivens V. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388; 28 U.S.C. §§ 1331) <br><br> Case No. 1:21-cv-16636-CPO-MJS |

### JURISDICTION AND VENUE

THIS COURT has jurisdiction of the subject matter of this action pursuant to Bivens V. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971); and 28 U.S.C. § 1331 because the claim(s) asserted in it arise out of the laws of the United States. As is more fully shown below, this action asserts claims that due to the negligence of Officer John Doe, Plaintiff's property was stolen and, therefore, this action arises under 28 U.S.C. §§ 1346(b)(1), 2671 et seq. Federal Tort Claims Act. Venue is proper because the events giving rise to this cause of action occurred at FCI Fairton located in Fairton, New Jersey, which is located in the District of New Jersey.

### COUNT ONE: OFFICER INDIFFERENCE

1) On or about March 13, 2020, Petitioner was moved to housing unit A-Left at FCI Fairton. Officer John Doe placed plaintiff with Inmate James Malady. Both the plaintiff and Inmate James Malady told Officer John Doe that, due to various reasons, they could NOT be housed together.

2) Officer John Doe ignored plaintiff's and Inmate James Malady's request, and placed them together as cellmates, stating that they would be separated on the upcoming Monday. This never happened.

3) As a result of Officer John Doe's indifference, plaintiff lost

$438.88 of his personal property due to Inmate James Malady's theft of plaintiff's property.

4) On May 18, 2020, Plaintiff filed an Administrative FTCA Claim (BP-A094)(Small claims for Property Damage or loss(31 U.S.C. § 3723)) with the BOP's Northeast Regional Director's Office.

5) The claim was denied on April 27, 2021, nearly 6 months <u>after</u> claim was supposed to be disposed of.  (Claim was supposed to be decided by November 18, 2020.)

<u>CONCLUSION AND PRAYER</u>

WHEREFORE for the reasons stated herein, Plaintiff prays this court grant him the following relief:

· An award to the plaintiff for compensatory damages in a sum no less than $438.88 to compensate him for the loss of his personal property.

· An award to the plaintiff for all cost associated with this suit. (Including postage costs, filing fees, and service fees.)

· Declaratory Judgement stating that Plaintiff's Civil Rights were violated.

· Any other Judgement or Award this court deems equitable and just.

Respectfully submitted this the 8th day of September, 20 22 .

Jeremy R. Martin
Reg. No. 59214-056
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

<u>DECLARATION</u>

I, Jeremy Randolph Martin, Plaintiff pro se in the above captioned case, declare under penalty of perjury, that the foregoing "Plaintiff's Second Amended Complaint" is true and accurate to the best of my knowledge.

Jeremy R. Martin

9/08/22
Date

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**JEREMY RANDOLPH MARTIN**

(Enter above the full name of the plaintiff in this action)

V.

**UNITED STATES OF AMERICA**

**OFFICER JOHN DOE**

**WARDEN D.K. WHITE**
**WARDEN S. MERENDINO**
(Enter the full name of the defendant of defendants in this action)

**In personal and Official Capacities**

PLAINTIFF'S SECOND AMENDED
COMPLAINT

Civil Action No. **1:21-cv-16636-CPO-MJ**

(To be supplied by the Clerk of the Court)

SEP 1 5 2022

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

Jeremy Randolph Martin
Reg. No. 59214-056
FCI Fairton
P.O. Box 420
Fairton, NJ 08320


Clerk of Court
U.S. District Court
District of New Jersey
400 Cooper St.
Room 1050
Camden, NJ 08102-1570



To the Clerk of Court:

I am submitting 8 copies (in 2 envelopes) of the enclosed "Plaintiff's

Second Amended Complaint."  The copies are:

• the original

• Copy for the Court

• 4 copies for the Four defendants (one each)

• one copy for the U.S. Solicitor General

• one copy for the U.S. Attorney for the District of New Jersey

Distribution of the copies are to the following addresses below:

4 copies to:

Office of the Director of BOP
ATTN: Legal Liaison
320 First St. NW
Washington, DC 20534
(all copies for the defendants go to this address.)

U.S. Solicitor General
Department of Justice
950 Pennsylvania Ave. NW     — one copy
Room 5614
Washington, DC 20530

U.S. Attorney
District of New Jersey
970 Broad St.               — one copy
7th Floor
Newark, NJ 07102

Jeremy R. Martin                              9/08/22
                                              Date

6.     If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.     Jurisdiction is asserted pursuant to (CHECK ONE)

    _____     42 U.S.C. §1983 (applies to state prisoners)

    __X__     Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

28 U.S.C. §§ 1346(b)(1), 2671 et seq. (FTCA)

1b.     Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

JRM █ Convicted and sentenced state prisoner

_X_ Convicted and sentenced federal prisoner

___ Other: (please explain)_____

2.     Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.     Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.     Court and docket number:_____

c.     Grounds for dismissal: ( )    frivolous    ( ) malicious

                             ( )    failure to state a claim upon which relief may be granted

d.     Approximate date of filing lawsuit:_____

e.     Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.     Place of Present Confinement?___FCI Fairton___Fairton, NJ____

4.     Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.     Name of plaintiff:_JEREMY RANDOLPH MARTIN_____

FCI Fairton

Address: P.O. Box 420     Fairton, NJ 08320

Inmate#: 59214-056

b.   First defendant:

Name: UNITED STATES OF AMERICA

Official position: GOVERNMENT

Place of employment: UNITED STATES OF AMERICA

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

All named and John Doe Defendants are current or former employees of U.S. Department of Justice; Federal Bureau of Prisons.

c.   Second defendant:

Name: Officer John Doe

Official position: Correctional Officer at FCI Fairton

Place of employment: FCI Fairton     Fairton, NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Officer John Doe had personal and professional indifference when he ignored plaintiff's request to not be celled with inmate James Malady due to perceeved safeey reasons.

d.   If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

·d.   . Third defendant

Name: Warden D.K. White

Official Position: Former Warden of FCI Fairton

Place of employment: FCI Fairton    Fairton, NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do

that violated your constitutional rights?)

Warden D.K. White was the Warden of FCI Fairton at the time that the events giving rise to this cause of action occurred.  As Warden, he is responsible for the actions of all correctional staff under his direct supervision.

e.   Fourth Defendant

Name: Warden S. Merendino

Official position: Current Warden of FCI Fairton

Place of employment: FCI Fairton    Fairton, NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do

that violated your constitutional rights?)

Warden S. Merendino is the Current Warden at FCI Fairton, and he has access to the information needed to ascertain the name of the John Doe defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    __X__Yes      ____No

    If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

    I filed an Administrative Torts Claim (BP-A094)(Small claims for Property Damage or Loss(31 U.S.C. § 3723)) with the FBOP's NorthEast Regional Office on May 18, 2020. Claim was denied **** on April 27, 2021.

    If your answer is "No," briefly explain why administrative remedies were not exhausted.

    _____
    _____
    _____
    _____

6.    Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

    On or about March 13, 2020, petitioner was moved to housing unit A-Left at FCI Fairton.  Officer John Doe placed plaintiff with inmate James Malady.  Both the plaintiff and inmate James Malady told Officer John Doe that, due to various reasons, they coud NOT be housed together.  (Plaintiff cited safety reasons under PREA laws, and inmate James Malady cited the BOP's Transgender practices.)  Officer John Doe

ignored plaintiff's and inmate James Malady's request and placed them together as cellmates.  As a result of Officer John Doe's deliberate personal indifference, plaintiff lost $438.88 of his personal property due to inmate James Malady's theft and attempted extortion of plaintiff and his property.

7.   Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

- Compensatory damages in a sum no less than $438.88
- Recovery of all costs associated with this suit.
- Declaratory Judgement stating that plaintiff's rights were violated.
- Any other Judgement or Award this court deems equitable

and just.

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (X) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _8th_ day of _September_ , 20_22_

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).